IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ANDREW BOGDANOFF, et al. | : | NO.: 12-cr-0190-ALL |

### O R D E R

AND NOW, this 14th day of OCTOBER, 2015, it is hereby

ORDERED that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable William H. Yohn, Jr., to the calendar of the Honorable Mitchell S. Goldberg.

FOR THE COURT:

/s/ Petrese B. Tucker
PETRESE B. TUCKER
Chief Judge